# ELECTRONIC RECORD *1523·14*

COA # 07-14-00293-CR                OFFENSE: ASSAULT

STYLE: HOUSTON, DONTE                COUNTY: Houston

COA DISPOSITION:    DISMJR            TRIAL COURT: 349th District Court

DATE: 09/02/2014        Publish: NO   TC CASE #:    11CR-033

## IN THE COURT OF CRIMINAL APPEALS

*1523·14*

STYLE:    HOUSTON, DONTE v.            CCA #: *1523·14*

_PRO    SE_          Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:      _____

_DISMISSED   AS   UNTIMELY_            JUDGE:      _____

DATE: _12/10/2014_                SIGNED: _____      PC: _____

JUDGE: _Per Curiam_              PUBLISH: _____      DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____